IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA S. RICHARDSON                                                                      PLAINTIFF

vs.                                          Civil No. 2:15-cv-02195

CAROLYN COLVIN                                                                       DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 20th day of January 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                                 /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE